UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAULIO THORNE,

                  Plaintiff,

-v-

AMERICAN DAIRY QUEEN CORPORATION,

                  Defendant.

19-CV-9933 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On October 14, 2020, this Court granted Defendant's motion for failure to state a claim at Docket Number 12 in an Opinion and Order at Docket Number 25. Plaintiff has not sought leave to file an amended complaint. Accordingly, this case is dismissed. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: January 26, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge